UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARTIN HALPRIN, | CASE NO. 3:13-cv-220-LRH-WGC |
| Plaintiff, | ORDER |
| vs. | |
| LAKESIDE INN, INC., dba LAKESIDE INN AND CASINO, and DOES 1 through 50, inclusive, | |
| Defendant(s). | |

    This case is currently scheduled for trial on the stacked calendar of Tuesday, March 17, 2015.

    IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

    DATED this 16th day of December, 2014.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE